Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> EXTERIOR SPECIALIST dba PACIFIC COAST HOME SOLUTIONS, <br><br> Defendant. | Case No. 8:14-cv-00151-AG-AN <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Plaintiff's individual claims with prejudice and the putative class claims without prejudice. Defendant has

neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed without an Order of the Court.

RESPECTFULLY SUBMITTED this 2nd day of July, 2014.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 2nd day of July, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 2nd day of July, 2014, via the ECF system to:

Judge of the United States District Court
Central District of California

Copy sent via mail on this 2nd day of July, 2014, to:

Christine Reilly
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

By: s/Todd M. Friedman
    Todd M. Friedman